**Order entered October 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01339-CV

### IN RE PERRY LEWIS SMART, Relator

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-12-56097-P**

## ORDER

Based on the Court's opinion of today's date, we **DISMISS** relator's petition for writ of mandamus for want of jurisdiction. We **ORDER** that relator bear the costs of this original proceeding.


/s/     DAVID L. BRIDGES
         JUSTICE